**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**AT LEXINGTON**

**CIVIL ACTION NO. 20-104-DLB**

**ANITA LYNN STAMPER,** *Executor of*
*the Estate of Michael Lane Hatton*                                    **PLAINTIFF**


**v.**                                    <u>**JUDGMENT**</u>


**ANDREW SAUL, Commissioner**
**of the Social Security Administration**                                    **DEFENDANT**

\* \*  \* \*  \* \*  \* \*  \* \*  \* \*  \* \*

Consistent with the Memorandum Opinion and Order entered today, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, **IT IS ORDERED AND ADJUDGED** as follows:

(1)     The administrative decision is **AFFIRMED** and judgment is entered in favor of Defendant Commissioner;

(2)     Plaintiff Anita Lynn Stamper's Complaint (Doc. # 1) against Defendant Commissioner is **DISMISSED WITH PREJUDICE**;

(3)     The action is **DISMISSED** and **STRICKEN** from the Court's active docket; and

(4)     This is a final and appealable order and no just cause for delay exists.

This 7th day of September, 2021.



Signed By:
*David L. Bunning*   DB
**United States District Judge**

O:\DATA\SocialSecurity\MOOs\Lexington\5-20-104 Stamper Judgment.docx